IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

EVERSEEN LIMITED                                                                                               PLAINTIFF

v.                                           Civil No. 4:21-cv-4009

WALMART INC. f/k/a
WAL-MART STORES, INC.                                                                                DEFENDANT

## ORDER

Before the Court is the parties Joint Motion to Stay All Deadlines and Notice of Settlement. (ECF No. 62). The parties advise that they have reached a tentative settlement in this case and are in the process of finalizing that settlement. The parties wish to stay all deadlines pending final approval of the tentative settlement. The parties jointly request that all deadlines be stayed for sixty days.

Upon consideration, the Court finds that good cause has been demonstrated and that the Joint Motion to Stay All Deadlines (ECF No. 62) should be **GRANTED**. The Court stays all deadlines in this case for sixty (60) days. On or before **December 6, 2021**, the parties shall file with the Court either a notice of final settlement or a motion for a scheduling order.

**IT IS SO ORDERED**, this 18th day of October, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge