IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

EVERSEEN LIMITED                                                                                       PLAINTIFF

v.                                         Civil No. 4:21-cv-04009

WALMART INC. f/k/a
WAL-MART STORES, INC.                                                                            DEFENDANT

## ORDER

Before the Court is the parties Second Joint Motion to Stay All Deadlines. (ECF No. 65). The parties have previously advised that they have reached a tentative settlement in this case and are in the process of finalizing that settlement. The Court previously stayed all deadlines in this case and instructed that the parties should file either a notice of final settlement or motion for a scheduling order on or before December 6, 2021. (ECF No. 64). The parties advise that they require additional time to finalize their settlement and request that the case be stayed for an additional two weeks.

Upon consideration, the Court finds that good cause has been demonstrated and that the Second Joint Motion to Stay All Deadlines (ECF No. 65) should be **GRANTED**. The parties shall file with the Court either a notice of final settlement or a motion for a scheduling order on or before **December 30, 2021**.

**IT IS SO ORDERED**, this 9th day of December, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge